Joseph Dimas Rueda, Jr., Esq.
RUEDA LAW OFFICE, P.L.L.C.
P.O. Box 4895
Rio Rico, Arizona 85648
State Bar of Arizona No. 028363
theruedalawoffice@gmail.com
(520) 470-7127
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 4:26-mj-05777-JR |
| Plaintiff, | NOTICE OF APPEAL |
| v. | |
| Lodovik Gjolaj, | |
| Defendant. | |

NOTICE is hereby given that defendant, LODOVIK GJOLAJ, hereby appeals to the United States District Court for the District of Arizona from the final judgment (ECF doc. 18) and conviction and sentence entered in this action on May 14, 2026.

RESPECTFULLY SUBMITTED this 15th day of May 2026.

_____
JOSEPH DIMAS RUEDA, JR.
Attorney for Defendant

The above-signed counsel certifies that this document was transmitted on the same date to the Clerk's Office using the CM/ECF filing system.

COPY of the foregoing electronically delivered on the same date to:

All ECF Participants

1